08-18-00075-CV

ACCEPTED
08-18-00075-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
5/21/2018 2:34 PM
DENISE PACHECO
CLERK

No. 08-18-00075-CV

IN THE EIGHTH COURT OF APPEALS
EL PASO, TEXAS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
5/21/2018 2:34:03 PM
DENISE PACHECO
Clerk

*IN RE:* ANITA DEJAYNES, INDIVIDUALLY AND AS NEXT FRIEND OF
A.D., N.M.D., AND E.M.D., MINORS

**OPPOSED MOTION TO EXTEND TIME
TO FILE RESPONSE TO PETITION FOR WRIT OF MANDAMUS**

TO THE HONORABLE COURT OF APPEALS:

Real Party in Interest Texas Mutual Insurance Company files this motion under Texas Rules of Appellate Procedure 10.5(b) requesting a nine-day extension of time to file its response to the petition for writ of mandamus. Relator Anita DeJaynes opposes this motion.

1.    Relator filed her petition for writ of mandamus on May 1, 2018.

2.    On May 2, 2018, the Court requested that Texas Mutual respond in three weeks. The current deadline to respond is **May 23, 2018**.

3.    On May 3, 2018, Texas Mutual's general counsel, Mary Barrow Nichols, left the country for a pre-planned family vacation. As part of her duties as general counsel, Ms. Nichols reviews all appellate briefs on behalf of Texas Mutual and participates in preparing those briefs. Her first day back to work is May 21, 2018.

4.    Immediately upon her return, Ms. Nichols will be preparing for and attending meetings with Texas Mutual's board of directors. Committee meetings

will take place May 22, 2018, and the board meeting will occur May 23, 2018. Ms. Nichols has had insufficient opportunity to participate in preparing Texas Mutual's response to the petition for writ of mandamus.

5.     In addition, Texas Mutual's outside counsel, R. Scott Placek and Matthew Foerster, are engaged in other matters with pressing deadlines, commitments, and ongoing work that make it difficult to meet the current three-week deadline in this case (even if Texas Mutual's general counsel had been available), including the following:

    a.    Preparing for and taking the oral deposition of a key witness on May 16, 2018, and preparing for a summary judgment hearing set on May 29, 2018, in Cause No. D-1-GN-12-001052, in the 200th Judicial District of Travis County, Texas.

    b.    Preparing a lengthy dispositive motion and plea in abatement that will be filed this week in Cause No. 2017CI01523, in the 438th Judicial District of Bexar County, Texas.

    c.    Preparing a response to a petition for review requested by the Texas Supreme Court on May 18, 2018, in Case No. 18-0211.

6.     Mr. Foerster also has been out of town May 10-13, 2018, for previously scheduled family vacation.

7.     Texas Mutual requests a nine-day extension of time to file its response, making the response due on **June 1, 2018**. If granted, Texas Mutual will have had a total of 30 days to respond to Relator's Petition for Writ of Mandamus.

8.     Texas Mutual requests this short extension to allow Ms. Nichols time to review the petition for writ of mandamus at issue and to work with counsel in

2

preparing a response on behalf of Texas Mutual to aid this Court in its analysis of the issues presented.

9.     This is Texas Mutual's first request for an extension. The request is not sought for delay but so that justice may be done. Relator Anita DeJaynes opposes the relief sought in this motion.

10.     All facts recited in this motion are within the personal knowledge of the counsel signing this motion; thus no verification is necessary. Tex. R. App. P. 10.2.

**Prayer**

For the reasons provided, Real Party in Interest Texas Mutual Insurance Company requests that its deadline to file its response brief be extended up to and including **June 1, 2018**.

Respectfully submitted,

By: /s/ R. Scott Placek
  R. Scott Placek
  State Bar No. 00784769
  Matthew J. Foerster
  State Bar No. 24065238
  Arnold & Placek, P.C.
  203 E. Main St., Suite 201
  Round Rock, Texas 78664
  (512) 341-7044
  (512) 341-7921 (fax)
  splacek@arnoldplacek.com
  mfoerster@arnoldplacek.com

Mary Barrow Nichols
State Bar No. 01831600
Shannon Simmons Pounds
State Bar No. 24011600
Texas Mutual Insurance Company
6210 E. Hwy. 290
Austin, Texas 78723
(512) 224-2723
512) 224-3214 (fax)
mnichols@texasmutual.com
spounds@texasmutual.com

*Counsel for Real Party in Interest, Texas Mutual Insurance Company*

May 21, 2018

3

## Certificate of Conference

I certify that I conferred with Relator's counsel, John Gibson, by email on May 21, 2018, and he indicated that Relator is opposed to this motion.

/s/ Matthew J. Foerster
*Counsel for Texas Mutual*

## Certificate of Service

I certify that a true and correct copy of this document has been served electronically to the following parties and attorneys of record on May 21, 2018.

John E. Gibson
Law Offices of John Gibson
1320 Avenue Q
Lubbock, Texas 79408
johngibson@gibsonfirm.com
*Counsel for Relator, Anita DeJaynes*

The Honorable Mike Swanson
143rd Judicial District Court
Ward County, Texas
crtadm143@co.ward.tx.us
*Respondent*

/s/ Matthew J. Foerster
*Counsel for Texas Mutual*